KATHLEEN A. LEAVITT  E-FILED: 02/17/2010
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702) 853-0700

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>CORY ZURKAN<br><br><br>**Debtor** | CHAPTER 13<br>CASE NO: BKS-08-15367-BAM<br><br>**TRUSTEE'S DIRECTIVE** |

This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Turnover of 2009 tax return and refund.**

It is necessary that you provide to the Trustee a copy of your tax return immediately upon filing.  Any tax refund or portion of the tax refund that is not exempt must be turned over to the Trustee.  If you have any questions about the exempt status of your tax refund, please contact your attorney.  The Trustee will calendar this for May 15, 2010.  YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed and/or to impose sanctions (costs) against you.

ALL CORRESPONDENCE MUST BE MAILED TO:     201 Las Vegas Blvd South
                                          Suite 200
                                          Las Vegas, NV  89101

Dated: 2/17/2010                          /s/ Kathleen A. Leavitt
                                          Kathleen A. Leavitt
                                          Chapter 13 Trustee